IN THE MATTER OF THE UNITED STATES
DISTRICT COURT FOR the SOUTHERN District
EAST ST. LOUIS Division

SCANNED AT MENARD and E-mailed
9-18-17 by PS 16 pages
date    initials  No.

DEON HAMPTON
   PLAINTIFF

CASE # 3:17-CV-00660

-VS-

L.t Meyer
WARDEN KAREN JAIMET et al
   Defendants

M. J. Reagon
HONORABLE JUDGE

\* EMERGENCY \*
NOTICE OF MOTION OF PLAINTIFF EMERGENCY
MOTION FOR Injunction IN Pursuant of
FEDERAL RULE CIVIL PROCEDURE Rule 65

Now Comes The plaintiff DEON HAMPTON
PRO SE Submitt to this Honorable Court
this Emergency Notice of motion of Plaintiff
Emergency Motion For Injunction in
Support of said motion the Plaintiff States
AS FOLLOWS:

1. The Plaintiff has Filed the above
matter in this Honorable Court against the
Mentioned Defendants Alleging the Following
Voiolations of the Plaintiffs U.S. Constitutional
Rights:

* <u>Sexual A/H Attempted Rape</u>

* <u>Illegal Use of a Knife</u>

* <u>Retaliation Extortion</u>

* <u>Broken Bail Leg and</u>

* <u>Threats to My Safety</u>

2. Due to the above allege violations of the Plaintiffs Right by the Defendants the Defendant Has Conspired by Filing False Misbehavior Reports Alleging multiple violation of Institutional Rules By the Plaintiff Which the Defendant(s) Knows that these violations will increase the Plaintiffs Security Point level therefore making the Plaintiff Elgible to be Transfered To a Maximum Level 1 Security Facility

3. The Plaintiff is A Black Tran Sexual Gender (Tranny) I'm 5'4" And Weigh 160 lb's

4. I'm in the PROCESS of Going through TRANformative ~~GENDER~~ STAGE

5. Today I learned that not only was my original transfere to Galeburg was denied I have Been ~~Sentan~~ ~~Transfered~~ Approved For Transfer to MENARD CORR. CNTR which is A Level 1 Maximum Security Prison which has its Reputation For Violence against TRANSEXUAL(S)

6. I have and 7 Day  6  month  1  years Left on my Time to Serve on my Sentence not only is my life is in Danger I Further Fear For my life Because majority of the Defendants Family members Are Employed At this Prison

7. I petition this Honorable Court to Intervien in the Protection of the Plaintiff ~~Defendant~~ AND Mandate IDOC TO Immediatly place me into Protective Custody the moment I Am transfered to Menard Corr CNTR INtil I'm able to Ship to ~~ALater~~ another I'D.O.O.C. UP Northor Central

Also all my Defendant that work at Pickneyville C.W. & Hd Family at Menard C.C. Defendant C.O. Spiller His Dad work JA of Menard C.C. Porter sister work as Nurse Defendant Jamiet and Lashbrook are very good friend and work together as warden at Pickneyville C.C. Defendant Lt Meyer work as JA at Menard and He have lots of friends JA Lt Frank and Little and Bowles have many ties to Menard C.C. I have been beaten written more fasle tickets I have not been fed for a week JM place and a condemm cell the C.O. Beaten many times since I been at Menard I have withness to I peak of and Here attach a writen statmant and Affidavit in support of this claim my Life is and danger and I ask to be Remove from Menard C.C. Immeditatly Pleas I need Help I cant take no more abe abuse pleas Help befor they kill me I ask to be ship out of Menard C.C. do to my Safety and Retalion Sean Hompton Have I have not recieve my property 4 two week I just got it on 8-7-17 and I been Here since 8-23-17 and I even beaten and Retalion every since pleas for Help

I ask ask that Honorable Judge M.J. Reagan mandate me out of Menard C.C. immediately. My life is in danger and no one is helping. The warden's a mental health medical nobody. I need help since I been here I have been beaten every day and not been and written a bogus ticket and if given more seg time I believe that I have 2 year and six month worth of false ticket and seg I have to do so I plead that something be done immediately please. I'm asking to be ship to a Northern or Central area or Pontiac protective custody prison thank you. All defendants has conspired with Menard C.C. to retaliate against and I'm fear of my life and safety every day do to abuse and beaten and threat and retaliation. I'm also filing a retaliation claim against all new and old defendants that has hit me and extorted me and beaten me and more. I ask that this court and Honorable Judge M.J. Reagan please save me the pain and suffering and move me out of this place please.

Dion Hampton

M15934

I thank you in Advance For Any And All this Honorable Court Can Do And Deem Equitible And Just.

Respectfully Submitted

X Deon Hampton
~~Deon Hampton~~ #____
Pinckneyville Corr. Cntr.
P.O. Box 999
Pinckneyville, IL. 62274

~~Aug~~ 9-4-
~~August 15~~, 2017

As of 9-3-17 I Relieve my property to when I got transferred to Menard on 8-23-17 I was Swiftly Extorted and~~~~ scatter and not given my property untill 9-3-17

With this motion I bring mental Health staff come to my cell and seen me with No sheet No bed and the cotton I'M sleep. on got male shit and ~~piss~~ mental Health came on 9-5-17 9:00AM and witness this condem cell

## Affidavit

I, Woodard Charles M40488, bear witness that on August 26, 2017 C/O Mccalb call Inmate Deon Hampton #M15934 a fag bitch and continue to go on with his insults C/O Mccalb also threating Deon Hampton safty by saying he was going to scar Deon Hampton food. C/O Mccalb went on to tell Deon Hampton that he wasn't getting his property or ID. C/O Mccalb then called C/O Griffin and told him look at this fag bitch and then say to Deon Hampton "you think we going help when you trying to book our officer, aint going to happen", then walk off laughing. The next thing I know C/O Mccalb and Griffin flooded Deon Hampton cell. I heard Deon Hampton asked and calling for a crisis team and mental health which the C/O's denied Deon Hampton. The white Seg Sgt. Jones come and watch the situation continue to go on then ask Deon Hampton did he had a Dick and then walk off. I witness Deon Hampton asked for a mental health about his safty everyday I'd also witness C/O Mccalb play with

bug and spiting in his food. Then today on the date of 8-31-17 I witness c/o Mccalb passing out tray's I heard Deon Hampton say "why yall aint given me my tray like everyone else then c/o Mccalb close Deon Hampton chuck hole without given him his food c/o Mccalb stated that Deon Hampton aint eating following by calling Deon Hampton a bitchard then walk off.

Charles Woodall M40488    8-31-17

This is written to the best of my understanding

I Dean Hampton s/h for help writen this motion do to my handwriten and learnitla disorder

Written Statement

I woodard charles M40488 have known that Deon hampton was getting ship here to menard because the c/o's and Sgt were talking about it everyday they were also trying to plot to harm Deon Hampton I have little knowledge of Hampton I have witness many action that was taking place by the officer and with Deon Hampton saw the correctional officer mistreat Deon Hampton and threating her from flooding her cell, not feeding her and calling her out of her name as a gay insult I witness that they haven't given her any property nor a bed or sheets to sleep on which I believe that's not fair to her she also been asking for showers they have not yet given the things that she suppose to have while in seg which is a violation to her consitute Adm. under the cruel and unusual pushnishment. I can testify to what happen with Deon Hampton.

Charles woodard M40488

Defendant family and
friends Pickneyville to Menard

Lt Meyers was I.A. Lt at Menard C.C.
but now work at Pickneyville
C.o Spiller his Brother work at I.A. and
Menard Warden Lashbrook and Warden
Joiniet are friend and both work at
Pickneyville C.C. together I.A. Lt Frank
and Lt Brookman are friend I.A. Frank
work and Pilkneyville but his friend
Brookman work at Menard see here the
Grivences I'm attchinge showing
8 Month Befol I got here I wrote a
Grivences about C.o Porter (B4) & C.o
Scott and Lt A Libby and I.A. Bowles
have ties to Pilkneyvill C.C. Both Molly
at Menard is friend with C.o Spiller C.o
McColeb and Griffin and sgt. Jones
has connect to Lt Brookman and
staff here at Menard that why I file a
Injunction to Be remove from
the all above and less time that I'm
given Do to Retaliation and
that was crimes these is only some of
the Defendant that I know for sure

ILLINOIS DEPARTMENT OF CORRECTIONS

# Administrative Review Board
## Return of Grievance or Correspondence

N2-2-05

Offender: **Hampton**, **Deon** _____ **M15934**
Last Name / First Name / MI / ID#

Facility: **Menard**

☐ Grievance: Facility Grievance # (if applicable) _____ Dated: 7/8/2017   or   ☐ Correspondence: Dated: _____

Received: 8/__/2017   Regarding: Staff Conduct: On 7/8/17, going on hunger strike due to staff conduct. Difficult to read grievance.

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☒ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ Date
- ☐ No justification provided for additional consideration.

**Other** (specify): ARB is unable to read the grievance. Please ask your counselor for assistance in preparing the greivance. Furthermore, please enter the grievance on the proper form, a DOC0046.

Completed by: Dave White   Signature   8/30/2017

Distribution: Offender
Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev.5/2017)

OFFENDER GRIEVANCE   COPY OF GRIEVEN HANDWRITTEN

Date 7-8-17   Deon Hampton   ID M15921
Present Facility PNKY   Issue Occurred PNKY

On 7-8-17 I was place under a fake hunger strike I was yelling to lib 196 C.O. I'm not on hunger strike and why ain't they feed me at 3:00 pm C.O. Spiller, C.O. Thompson, C/O England, Lt Walk and other C.O. come on deck I stated to them I'm not on hunger strike and I want to eat and shower all the C.O. walk off laughing calling me a faq geeky bitch snitch punk and threaten to break my neck to I was screaming so the whole deck and the Lt. white can I ask Xavier Roll to call Orange Crush the HRK was attacking me and not feeding me I have not been feed since June 16 2017 I reported everything to I/A and mental health and he still let Spiller come around to attack me and not feed me or shower I was taken out my cell place back in a cell by 27 officer Spiller stated to me that if he had a chance he break my fucking neck for reporting what he said to me on March 4 2017 this men was not suppose to be around or come near me and they let him on the deck I was not given my meds or shower or food and he threaten me all night how he gonna put me and tester and a body bag how he hang me with a rope and claim my death a suicide day later I receive ticket saying I force to asslt C/O Spiller which I never had contact with him beside him call me names at my door and threaten I reported these issue to mental health and I/A and all they do laugh and say that they are a family and they stick together I was given 6 month seg for no reason to stop retaliation and asslt against I/A warden turn a blind eye this men was not suppose to be around me at to
relook ticket throw out
be paid for damage outside
investigation ship to P.C.
for my safety and given all my a grade back

RECEIVED
AUG 08 2017
ADMINISTRATIVE REVIEW BOARD

Witness all and other carovence juratia
Brandon alkiaga, Yvonne Bann, Floyd Brown N42379
Pope Kopie M16854 Willie Colem

Offender Grievance    handwritten
                      COPY 7-8-17

Date 7-8-17  Dean Hampton  JD M15934
Present Facility PNKY     Issue occurred PNKY

On 7-8-17 at 9:30 AM staff member Justice was passing out trays when he got to my door I ask him for a mental health staff C.O Justice open my chuck and as I was reaching for my tray he smack me and the food and arm with it I began to scream for help no body came no Lt no C.O nobody C.O Justice told mental health that I will a lot of inmates witness me being assult by staff Justice. He then went and told Lt that was working the shift I was on a hunger strike but I never did I went to talk to mental health Stacy Murry and told everything that happen I told Stacy Murry I'm not on hunger strike and I was asslt by staff I was move from my seg cell to another cell I2 I was place on a bogus hunger strike and sent by C.O Justice while Lt and C.O.s watch inmate Brown N42379 Booker Darnell M47921 tyronne Brown M47044 Moses Page M16854 Akhiata Brandon M45895 all these inmates witness the asslt and the abuse I endure by staff I'd warden Cool I have been getting threats by JA Lt Frank L.N.O Bowles Bennet tell me they ain't gonna do shit and if I keep on a reporting the shit they gonna hook me on bogus tickets and make the hearing give a long time seg which they the administration have done nothing to help but threat to kill me and fulter and hid evidence I have not done nothing wrong set be allucatte by Pinckneyville Staff my life and danger and I fear for safety and fester safety JA Lt Frank state me if I do get help and pcb he gonna make sure some one beat my ass and rape me and told fester the same he also said he gonna ship us to a
DOWN
south joint he can cover shit up I am asking for P.C. at stateville or Pontiac I don't feel safe at no down south joint do this the threats from staff and family member Retaliation

Relief My ticket be thrown
also my ill Stacy   out press charges outside investigation
      McMry
      Mental Healt    Paib for Being asslt and ship to
      Staff           P.C. for my safety and health

RECEIVED AUG 08 2017 ADMINISTRATIVE REVIEW BOARD

Offender Grievance        Copy handwritten

Date 7-11-17    Deon Hampton    IDM15934

Present Facility PNKY    Issue occured PNKY

(Staff conduct) Retaliation

On May 25 me and tester was place under a investigation
states and lay by Lt JA Frank do to the sexual asst and sexual
abuse that happen on May 24 well we was being interviewed
by JA Frank and he ask us was we a couple I told him no
I stated to him that me and tester are transgender woman
and we bond well our front. But we are emotional support cover
as a friend cause our brother died and we build a friendship
off that we was never sexual or have not been or had a sexual Relationship and I
ask him why he focus on me and tester relatship and not
the a/s/t he states that we wanna no and I told him focus on
the a/s/t he began to tell me they got phon record with me telling
my mom we are married I told him yeah sowhat he knew about it
and the whole IA write they was aware of our friendship relationship
from Feb 17 so now why would they bring this issue up because
they tryna switch the sexual asst and sexual abuse around on us
so they can cover they ass a22 when I told Lt JA Frank why is he bringing this
up he stated if I ain't drop the asst charges or sexual abuse charge
he gonna put a bogus k-s-k on us and give us a bogus 107
I reported him to mental health instantly mental health
stated they can not no that cause we never did nothing sexual
or been caught and act and then they know about this for over six month
so why now IA was aware of our friendship we was given the okay
by IA and Lt JA Hokk and they was okay with that it's/all this
happen JA Frank and JA unite have been extorting us threaten
us and given us bogus SIS file and allow the c.o. threat n/t us
and mistreat us without doing anything I'm being place
on say/lay withhold of say to stop me from getting
help and contact my family I ask 4 all my ticket
                    drop outside investigation
I'A refusal to give        P.I.O.C. for abuse retaliation
me my grievance        Roll Investigation and ship to
and process them        P.C. for my safety
Here go my handwritten copy

RECEIVED AUG 08 2017 ADMINISTRATIVE REVIEW BOARD

to whom ever reading this Springfield    8-3-17  9:00 pm
My name is Deon Hampton M15934 and I'm asking that some one Please help me I have been sexually all sexually osully Beaten with a knife clothi cut off my body by Staff PNMY I have lots of Bru.n and mark and Broken tooth also my sister Denethis letter M15921 we have been v- vi- victimize and retaliec against Be warden! I'A unit staff everybody we have been put as under false imprisonment to stop us from getting help I'm stuck at PNMY seg with cell crazy killer bo to die be victimize and the I'A unit and warden trying cover up evidence I turn and 22 grievance and IA unite Lt Krank Refuse to give them to me a Jo% and the Rukmo I got on 90 inch investigation Been over 60 Day I am sending my handwriten copy so I'm askin for P.C. for all my ticket drop and to Drop all charges all staff member at PNMY and to be paid for my damages and pain and suffering I ask that some one please come see or set up a legal call to this ill as I fear for my life and letter Pueah help

Leon Hampton M15934

RECEIVED
AUG 08 2017
ADMINISTRATIVE
REVIEW BOARD