**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| DEON HAMPTON, #M-15934, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 17-860-MJR |
| | ) |
| CLINT MAYER, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE ESI**

NOW COME Defendants, JON MCKINSTRY, TREG VANDERHOVE, MAC SHANE FRANK, DUSTIN BOWLES, BRANDON JUSTICE, CHRISTOPHER THOMPSON, RYAN THOMPSON, JOHN WOLFE, CHAD ADAMS, JOHN BALDWIN, KEITH BENNETT, JOSEPH DUDEK, DONNA JONES, MICHAEL HELSLEY, DAVID HOMOYA, GREG JAMES, NICHOLAS KAYS, MATTHEW KENNEDY, WILLIAM LAWLESS, KALE LIVELY, LARUE LOVE, CLINT MAYER, JOHN MERCKS, NICHOLAS PESTKA, DALTON PORTER, NICHOLAS SERO, ELIJAH SPILER, CORD WILLIAMS and KAREN JAIMET, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submit their unopposed Motion for Extension of Time to Complete ESI, stating as follows:

1. On December 22, 2017, Plaintiff filed an Amended Complaint, pursuant to 42 U.S.C. §1983, with this Honorable Court.  [d/e 24].

2. On October 9, 2018, the Court entered an Order regarding ESI protocol.  [d/e 54 and 55].  The Report Governing ESI provided that the ESI shall be provided within 90 days of the Court approving the parties' ESI Report. [d/e 54, Pg. 3].

3.      The undersigned has been working diligently to provide the ESI within the time allowed. However, due to undersigned's caseload and the complexity and procedures required in gathering, reviewing, and delivering the ESI, the Defendants need additional time to provide their ESI.

4.      The Defendants' now move for an extension of thirty (30) days, up to and including, February 11, 2019, in which to produce their ESI.

5.      On January 7, 2019, undersigned spoke with counsel for Plaintiff about an extension of time to produce the Defendants' ESI. Counsel for Plaintiff have not objected to such an extension.

6.      No party will be prejudiced by this brief extension of time.

7.      This motion is submitted in good faith and not for the purpose of undue delay.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that the Court grant their motion and allow the Defendants an additional thirty (30) days, up to and including, February 11, 2019, in which to produce their ESI.

Respectfully Submitted,

JON MCKINSTRY, TREG VANDERHOVE, MAC SHANE FRANK, DUSTIN BOWLES, BRANDON JUSTICE, CHRISTOPHER THOMPSON, RYAN THOMPSON, JOHN WOLFE, CHAD ADAMS, JOHN BALDWIN, KEITH BENNETT, JOSEPH DUDEK, DONNA JONES, MICHAEL HELSLEY, DAVID HOMOYA, GREG JAMES, NICHOLAS KAYS, MATTHEW KENNEDY, WILLIAM LAWLESS, KALE LIVELY, LARUE LOVE, CLINT MAYER, JOHN MERCKS, NICHOLAS PESTKA, DALTON PORTER, NICHOLAS SERO, ELIJAH SPILER, CORD WILLIAMS and KAREN JAIMET,

    Defendants,

R. Levi Carwile, #6317375
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
(217) 557-0261 Phone
(217) 524-5091 Fax
Email: rcarwile@atg.state.il.us

LISA MADIGAN, Attorney General
State of Illinois

    Attorney for Defendants,

By: s/ R. Levi Carwile
    R. Levi Carwile
    Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| DEON HAMPTON, #M-15934, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 17-860-MJR |
| ) | |
| CLINT MAYER, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 11, 2019, the foregoing document, Defendants' unopposed Motion for Extension of Time to Complete ESI, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Sheila A. Bedi | Sheila.bedi@law.northwestern.edu |
| Vanessa del Valle | Vanessa.delvalle@law.northwestern.edu |
| Alan S. Mills | alan@uplcchicago.org |
| Elizabeth Mazur | liz@uplcchicago.org |

and I hereby certify that on the same date, a copy of the foregoing document was mailed by United States Postal Service, to the following non-registered participant:

                              None

                          Respectfully submitted,

                          s/ R. Levi Carwile
                          R. Levi Carwile, #6317375
                          Assistant Attorney General
                          General Law Bureau
                          Office of the Attorney General
                          500 South Second Street
                          Springfield, IL  62701
                          (217) 557-0261 Phone
                          (217) 524-5091 Fax
                          rcarwile@atg.state.il.us